# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 21-CR-4016-LTS-KEM-1 |
| ARMANDO RAMIREZ-LOPEZ | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Armando Ramirez-Lopez ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of Conditions of Supervised Release

Date: 06/04/2021

*SKM*
Deputy Clerk
*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

Robert L. Phelps, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

Form 12C
(11/19)

FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE ORDER

# United States District Court
# for the
# Northern District of Iowa

## *Prob 12 C - Petition to Revoke Supervision - Warrant*
## *(COPY AUSA ONLY)*

| | |
|---|---|
| **Offender:** | Armando Ramirez-Lopez |
| **Docket No.:** | CR 21-4016-1-LTS |
| **Sentencing Judge:** | The Honorable Leonard T. Strand, Chief United States District Court Judge |
| **Date of Sentence:** | May 21, 2021 |
| **Offense:** | Found After Illegal Reentry |
| **Criminal History Category:** | I |
| **Original U.S.S.G. Range:** | 0 to 6 months imprisonment |
| **Sentence Imposed:** | Time served (99 days) imprisonment, a 1 year Term of Supervised Release |
| **Original Supervision Start Date:** | May 21, 2021 |
| **Revocation:** | None |
| **Modification(s):** | None |
| **Assistant United States Attorney:** | Patrick Timothy Greenwood |
| **Defense Attorney:** | Michael Maloney |

## PETITIONING THE COURT

■ To issue a warrant
☐ To issue a summons
☐ To address the alleged violations at the revocation hearing.

United States v RAMIREZ-LOPEZ, Armando
Petition to Revoke Supervision
Page 2

**The probation officer believes that the offender has violated the following condition(s) of supervision:**

| CURRENT VIOLATION(S) TO BE ADDRESSED BY THE COURT |||
|---|---|---|
| On May 21, 2021, the defendant was convicted of one count of Found After Illegal Reentry and sentenced to time served and one (1) year Term of Supervised Release. On May 21, 2021, United States Deputy Marshal Brandon Johnson gave the defendant Supervisory United States Probation Officer Darryl Weidner's contact information and directed him to report to the United States Probation Office on May 24, 2021, at 8:00 a.m. On May 24, 2021, the defendant failed to report as directed.<br><br>On May 24, 2021, this officer attempted to contact the defendant, by way of telephone, at the phone number the defendant left with the Sioux County Jail. All attempts to reach the defendant have been unsuccessful as the number is disconnected.<br><br>On May 24, 2021, this officer mailed a letter to the defendant's last known address, directing him to report to United States Probation on June 1, 2021, at 9:00 a.m. The defendant failed to report on June 1, 2021. It should be noted United States Probation has no other contact information for the defendant, and his whereabouts are currently unknown. *(Violation #1)* |||
| **Violation** | **Condition(s)** | |
| 1 | *Standard Condition #1:* Failure to Report Within 72 Hours | Not Confronted |

**United States Probation Officer Recommendation:**

The United States Probation Office will file a separate recommendation prior to the scheduled revocation hearing in this matter.

**UNITED STATES PROBATION DECLARATION:** I declare under penalty of perjury the foregoing is true and correct.

Approved:                                                                 Tonya Geisinger
                                                                          United States Probation Officer
                                                                          Executed on: June 4, 2021

Dustin Lutgen
Senior United States Probation Officer

United States v RAMIREZ-LOPEZ, Armando
Petition to Revoke Supervision
Page 3

### THE COURT ORDERS

[X]  The issuance of a warrant.

[ ]  Other:

Leonard T. Strand
Chief United States District Court Judge

6/4/21
Date